**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lucio Celli. | Case No.: |
| Plaintiffs, | |
| v. | **JURY TRIAL DEMANDED** |
| Judge Katzman,[1] Magistrate Scanlon,[2] Judge Brodie,[3] Judge Cogan,[4] AUSA Brady, AUSA Bensing,[5] AUSA Karamigious,[6] AUSA John Doe,[7] Ms. Von Dornum, Ms. Olivera, Mr. Weil, Ms. Gerlernt, Federal Defenders (Board of Directors), Mr. Hueston, Mr. Taylor, Ms. Silverman, ~~Ms. Taylor, Ms. Silverman~~, Mr. Silverman, US Marshalls, Sen. Schumer, Rhoda (Randi or **evil mob boss or Grand Leech**) Weingarten,[8] Mayor DeBlasio, NYC City Council members, the UFT (**Cash Cow Milking Leeches**), John or Jane DOE of the DOE, Elizabeth Combier, Susan Edelman of the NY POST, and NYC Dep't of Education . | RECEIVED MAR 23 2022 PRO SE OFFICE |

## I. NATURE OF THE CASE

1 Plaintiffs, Lucio Celli bring this action individually. These plaintiffs (collectively referred to as "Plaintiff") bring this action against Defendants Judge Katzman, Magistrate Scanlon (Judicial Immunity and clerked for Judge Katzman), AUSA Brady (Prosecutorial Immunity), Ms. Olivera, Mr. Weil, Federal Defenders, Mr. Hueston, Mr. Taylor, Ms. Silverman, and Mr. Silverman, US Marshalls. (hereinafter referred to collectively as "Defendants," or individually by their names). This complaint seeks remedies for constitutional remedies and

---

[1] Judicial Immunity and he passed away, so it does not matter
[2] Judicial Immunity
[3] Alleged victim so judicial immunity does not apply here
[4] Alleged victim so judicial immunity does not apply here
[5] Prosecutorial Immunity
[6] Prosecutorial Immunity
[7] Prosecutorial Immunity is a question of whether the actions were taken prior arrest
[8] Or Schumer's sister

COMPLAINT AND REQUEST FOR PUNITIVE DAMAGES, AND
PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)

- 1 -

damages for being detained illegally without procedural safeguards (abuse of process) and denied of substantive right of liberty

## II. JURISDICTION and PARTIES

2. Defendants AUSA Brady,(Prosecutorial Immunity), Judge Katzman, Magistrate Scanlon (Judicial Immunity, who clerked for Judge Katzman) and the **US Marshalls**, I bright this cause of action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

3. Defendants Ms. Olivera, Mr. Weil, Federal Defenders, Mr. Hueston, Mr. Taylor, Ms. Silverman, and Mr. Silverman, I bring this action under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws].

## III. FACTUAL ALLEGATIONS

1. I incorporate all emails sent to the judges here
2. The NYC DOE discounted my health benefits 5 days BEFORE the US Marshalls obtained an arrested warrant and gave the arrest as the reason, so DOE ended my health benefits 6 days before I was arrested—Nov 9, 2018
3. The US Marshalls obtained on November 13, 2018
4. I was arrested on November 14, 2018
5. I had a kangaroo hearing as my detention hearing/probable hearing
6. Judge Scanlon (clerked for Katzman), Ms. Olvera, and AUSA Brady deprived me of all safeguards written in Bail Reform Act, which are needed to protect the substantive rights—according to the Supreme Court in Salerno

7. Ms. Olvera duped me into waiving my probable cause hearing because she knew what the US Marshalls say that I was not a danger to anyone

8. I told Ms. Olivera that the US Marshalls told me that I was not a danger, but she that it could harm me

9. After I found USA v. McCrudden, cr-11-061 (DRH), I informed Ms. Olvera that the US Marshalls' statements to me were important, and she kept on saying that it would harm me

10. Ms. Olvera, Mr. Weil, Ms. Gerlent, Mr. Huetson, and Mr. Taylor hid the fact that US Marshalls' report stated that I was not a danger to anyone and that I was "nuisance" to the judges.

11. Ms. Olvera, Mr. Weil, Mr. Huetson, Mr. Taylor, Mr. Silverman, and Ms. Silverman never redid the bail hearing

12. The NYCDOE and the UFT denied me retro money because I was denied and there were no leaves for detention

13. Statements about Judge Cogan and his crime against me for the UFT (these are only a few examples, as I have more audio recorded)

    a. Ms. Olvera: "this case has nothing to do Judge Cogan or the UFT" and "it can't be your intent."

    b. Mr. Weil: "the intent is not yours, but that of the email."

    c. Mr. Hueston: "the government will not allow you to ask him about the UFT" or "the government will move to have him excluded, so it will not be the trial that you want."

    d. Mr. Taylor: "there is no intent requirement in this statute."

    e. Mr. Silverman: "I am could not present your intent because no one else believed Judge Cogan committed a crime."

    f. Ms. Silverman: "He [Cogan] did not work for the UFT"

14. Judge Donnelly repeatedly threatened me with jail time if I continued to ask about the bail hearing because it was the pass

15. Judge Engelmayer said, it could not be part of my defense and "you will not get justice here.'

16. Judges were recommended by Sen. Schumer to president

17. Per the Judicial Conference website, the head of the Federal Defenders (who is or was Ms. Von Dornum) chosen or appointed by late Chief Judge Katzman[9]

18. DOJ AUSAs took steps or did not take steps

19. I include all lawsuits and sealed documents into this document

20. I include correspondence to Shannon Kopplin and Senate, especially ethics committee

21. Sen. Schumer has openly said that "Randi is like a sister to me."

22. AFT has 1.7 million members that has a value, in terms of pushing pollical agendas and/or grassroot elections actions (knocking on doors, phone banking, bring voter to the polls, etc.)

23. It is my theory that I was denied liberty by Sen. Schumer's judge for Randi Weingarten/AFT and the UFT

    a. Judge Louderbauch said that he fixed cases for Sen. Shortbridge because he (the senator) got him (the judge) his job

24. The UFT threatened to expose my rape if I filed my lawsuit

25. Judge Cogan was of counsel for the UFT

    a.  Judge Ritter was impeached for the practice of law for his former clients

    b.  AUSA Gold with 80 DOJ personnel said it was crime what Judge Cogan did for the UFT

    c.  Then, there is the opinion of Justice Roberts for his recusal for his former clients

26. Betsy Combeir said that Randi likes to be vindictive when people name the UFT and Randi Weingarten and Judge Cogan had Betsy post items about either to shame me, like my HIV status, or deprive me of a fair trial

27. NYPOST reporter (Edelman) was given my health information, which she printed to deprive me of a fair trial

28. Edelman and Betsy Combier are friends, which is on the federal docket

29. Betsy Combier met with Judge Cogan and Randi Weingarten to plan their harassment of me with the fact that Randi Weingarten

30. There is a continuous cover up what Randi Weingarten did to me and she used her pollical connections have helped her---at the moment the connection that I speak about is Sen. Schumer

31. Chief Judge supervises all clerks (there is a statute for sure) and judicial employees, per the website

32. Clerks assign CJA lawyers to indigent people

## IV. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### ABUSE OF PROCESS

---

[9] At the time of her appointment or chosen ( I do not have the pdf from the website)

33. The above paragraphs are here incorporated by reference.

34. Defendants' intentional tortious acts were undertaken within the scope of their employment

35. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## SECOND CAUSE OF ACTION

### Emotional Distress

36. The above paragraphs are here incorporated by reference.

37. Defendants' intentional tortious acts were undertaken within the scope of their employment

38. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## THIRD CAUSE OF ACTION

### Denial of procedural due process rights to protect my substantive right of liberty under the 5th and 14th Amendments (Substantive Due Process Violation)

39. The above paragraphs are here incorporated by reference.

40. Defendants' intentional tortious acts were undertaken within the scope of their employment

41. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## FOURTH CAUSE OF ACTION

### Equal Protection of the laws

42. The above paragraphs are here incorporated by reference.

43. Defendants' intentional tortious acts were undertaken within the scope of their employment

44. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## FIFTH CAUSE OF ACTION

### Conspiracy and Fraud to deny constitutional rights under 42 USC § 1983.

45. The above paragraphs are here incorporated by reference.

46. Defendants' intentional tortious acts were undertaken within the scope of their employment

47. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## SIXTH CAUSE OF ACTION

### Negligence

48. The above paragraphs are here incorporated by reference.

49. Defendants' intentional tortious acts were undertaken within the scope of their employment

50. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## SEVENTH CAUSE OF ACTION

### 4th Amendment Violation (Unreasonable search and seizure-detention and arrest)

51. The above paragraphs are here incorporated by reference.

52. Defendants' intentional tortious acts were undertaken within the scope of their employment

53. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## EIGHTH CAUSE Of ACTION

### Fraud

54. The above paragraphs are here incorporated by reference.

55. Defendants' intentional tortious acts were undertaken within the scope of their employment

56. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## NINTH CAUSE OF ACTION

### Breach of Fiduciary Duty

57. The above paragraphs are here incorporated by reference.

58. Defendants' intentional tortious acts were undertaken within the scope of their employment

59. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## TENTH CAUSE OF ACTON

### Denial of a fair trial

60. The above paragraphs are here incorporated by reference.

61. Defendants' intentional tortious acts were undertaken within the scope of their employment

62. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## EVELETH CAUSE OF ACTON

### Unlawful Detention

63. The above paragraphs are here incorporated by reference.

64. Defendants' intentional tortious acts were undertaken within the scope of their employment

65. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## TWELFTH CAUSE OF ACTION

### False arrest and imprisonment

66. The above paragraphs are here incorporated by reference.

67. Defendants' intentional tortious acts were undertaken within the scope of their employment

68. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## THIRTEEN CAUSE OF ACTION

### First Amendment Retaliation under 42 USC 1983

69. The above paragraphs are here incorporated by reference.

70. Defendants' intentional tortious acts were undertaken within the scope of their employment

71. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## FOURTEEN CAUSE OF ACTION

72. The above paragraphs are here incorporated by reference.

73. Defendants' intentional tortious acts were undertaken within the scope of their employment

74. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

### Retaliation under 42 USC 1983

75. The above paragraphs are here incorporated by reference.

76. Defendants' intentional tortious acts were undertaken within the scope of their employment

77. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## FIFTEENTH CAUSE OF ACTION

COMPLAINT AND REQUEST FOR PUNITIVE DAMAGES, AND
PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)
- 9 -

### Due Process under USC under 42 USC 1983

78. The above paragraphs are here incorporated by reference.

79. Defendants' intentional tortious acts were undertaken within the scope of their employment

80. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

### SIXTEEN CAUSE OF ACTION

### Sixth Amendment violation of a conflict free lawyers.

### EIGHTEENTH CAUSE OF ACTION

81. The above paragraphs are here incorporated by reference.

82. Defendants' intentional tortious acts were undertaken within the scope of their employment

83. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

### Conspiracy to deny constitutional rights under 42 USC 1985

84. The above paragraphs are here incorporated by reference.

85. Defendants' intentional tortious acts were undertaken within the scope of their employment

86. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

### NINETEENTH CAUSE OF ACTION

### Denial of Access to the Courts

87. The above paragraphs are here incorporated by reference.

88. Defendants' intentional tortious acts were undertaken within the scope of their employment

89. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## TWENTIETH CAUSE OF ACTION

### Failure to intervene

90. The above paragraphs are here incorporated by reference.

91. Defendants' intentional tortious acts were undertaken within the scope of their employment

92. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

# ****State Claims***

## TWENTIETH-FIRST CAUSE OF ACTION

### Legal Malpractice: negligence

93. The above paragraphs are here incorporated by reference.

94. Defendants' intentional tortious acts were undertaken within the scope of their employment

95. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## TWENTIETH-SECOND CAUSE OF ACTION

### Breach of Fiduciary duty

96. The above paragraphs are here incorporated by reference.

97. Defendants' intentional tortious acts were undertaken within the scope of their employment

98. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## TWENTIETH-THIRD CAUSE OF ACTION

### Fraud

99. The above paragraphs are here incorporated by reference.

100.    Defendants' intentional tortious acts were undertaken within the scope of their employment

101.    Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## TWENTIETH-FOURTH CAUSE OF ACTION

### Aiding and abetting

102.    The above paragraphs are here incorporated by reference.

103.    Defendants' intentional tortious acts were undertaken within the scope of their employment

104.    Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## TWENTIETH-FITHT CAUSE OF ACTION

### Conflict of Interest

105.    The above paragraphs are here incorporated by reference.

106.    Defendants' intentional tortious acts were undertaken within the scope of their employment

107.    Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## TWENTIETH-SIXTH CAUSE OF ACTION

### Failed to exercise the ordinary reasonable skill and knowledge commonly possessed

**Punitive Damages**

33. The conduct of Defendants described above is outrageous. Defendants' conduct demonstrates a reckless disregard for constitutional rights and a conscious disregard for public safety. The acts and omissions described above were willful and performed with actual or implied malice. Punitive and exemplary damages are therefore appropriate and should be imposed in this instance.

### V. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for a judgment against Defendants for:

1. Injunctive and equitable relief as the Court deems appropriate including: please see injunctions before judge Swain and Judge Cooper; and

2. Compensatory damages to be paid by all Defendants, according to proof at trial;

3. Punitive damages as the court deems appropriate;

4. Costs and attorneys fees of this lawsuit, with interest;

5. Any other relief as the court deems appropriate.

Dated: March 19, 2022

Lucio Celli

Dear Ms. Cook, Ms. Norton, Ms. Pestana, and Ms. Atkinson:

## I. For Ms. Atkinson

I request representation from the UFT on November 19, 2021

Atkinson is still a city employee and will be on payroll, for sure, close to retirement, so the city holds teachers accountable for administrative law, like break in service

Atkinson said it was "General Counsel's" decision that I was not entitled to retro

Ms. Norton worked at Strook, Strook, and Lavin

Judge Cogan with Randi Weingarten worked at Strook

Judge Cogan wrote briefs and motions for the UFT, which I asked Mr. Baranello to send to me and the House Judiciary Committee because he told me not to plead the UFT or he will dismiss my lawsuit and he did

*[handwritten: I have letters and audios from the DOJ that I didn't have fair trial]*

## II. The need for Ms. Pestana's presence at the conference

I request that you, Ms. Pestana present on November 19, 2021, as a supervisor of all lawyers in the City of New York. I was denied retro payment because of what will be discussed on November 19, 2021.

Renee Campion (Commissioner of Labor Relations for NYC) and Alan Klinger, Esq. (of Strook, Strook and Lavin—like Judge Cogan and Ms. Norton) said that the CBA between the UFT and the DOE DID NOT alter:

1. Guess what, Mr. Becker (for the DOE and forgot his title) echoed what Ms. Campion and Mr. Klinger told me
2. I contacted Ms. Campion and Mr. Klinger because they knew and understood the construction of CBA, as they have firsthand knowledge
3. NYC Personnel Rules and Regulations: Rule 6.2.4 states: any such reinstatement effected no more than one year after such separation shall not constitute service—only 5 months that Ms. Atkinson said it was a break in service

### VI. Timeframe for 3020-a

I see the hearing beginning in January. I would like the city to agree to streaming my hearing live.

I need documents from the UFT/Randi and etc to the DOE, the mayor, city council and others, which should be in the city's control

I need all this information to provide congress and the DOJ because I was denied my right to my own intent, to file additional complaint, and to show that Sen. Schumer is behind it

These are the judges that I have had, and I did not say anything about my plan, which began with an email to Sen. Schumer on 12/ 11/17:

Judge Donnelly, Judge Engelmayer, Judge Katzman, Magistrate Scanlon (Katzman), Chief Judge Livingston, Judge Lanier, Judge Brodie and a few more...they did and behaved the way I excepted and similarly to what Randi told Judge Marrero to do (but I do not have that audio recording and it was not in discovery)

What they did to me was to help DOE/UFT/Randi Weingarten because I heard Randi pay Judge Marrero (Schumer judge) and I need to show the senate committee how and why

I have to send this out to court, but I will have an updated version on November 19, 2021

---

- Law Dept's Misconduct
  - Sp Ed
  - APW/ weed
  - Knowledge of Judge Cogan's criminal conduct

---

How did the DOE know abo[ut] my arrest before the US Mars[hals]
DOE cut off my healthcare

   a. New York State's public policy of encouraging the employment of persons with prior convictions or convictions.
   b. The specific duties and responsibilities necessarily related to the license or employment sought.
   c. The bearing, if any, the criminal offense or offenses for which the person was previously convicted will have on his ability to perform one or more such duties or responsibilities.
   d. The time which has elapsed since the occurrence of the criminal offense or offenses.
   e. The age of the person at the time of the occurrence of the criminal offense or offenses.
   f. The seriousness of the offense or offenses.
   g. Any information produced by the person, or produced on his behalf, in regard to his rehabilitation and good conduct.
   h. The legitimate interest of the public agency or private employer in protecting property, and the safety and welfare of specific individuals or the general public.

IV. I request to review all documents and audio recordings with Ms. Cook and Pestana

This I need to provide Shannon Hamilton-Kopplin of the Senate Ethics committee how and what Sen. Schumer is helping the UFT/Randi/AFT and DOE to hide. I was able to get AUSAs to say crimes about certain things, but I was looking for "receivership" as an answer and this is the reason Mr. Silverman and Judge Engelmayer intimidated me

I would like the meeting streamed live and to meet with Ms. Cook in person

V. Retro Answer

Mr. Caldwell said he did not have to provide me with a written statement, and I am requesting that the DOE provide with one. Without me going into details, but the true reason is Mayor De Basio and the Hobbs Act.

I am asking the court to force a statement, as well

§397 of the New York City Charter permits the mayor, on consultation with corporation counsel and the affect agency head, to delegate to any agency" responsibility for the conduct of routine legal affairs of the agency, subject to monitoring by the corporation council and the authority of the mayor, on recommendation of corporation counsel, to suspend or withdraw delegation

### III. NYS Law

Ms. Cook, Ms. Pestana and I will follow the format from the state:[1]

1. Article 23-A requires employers to evaluate qualified job seekers and current employees with conviction histories fairly and on a case-by-case basis.
2. NY Correction Law requires the following actions to occur:
    a. Section 750. Definitions
    b. 751 Applicability
    c. 752 Unfair discriminations against persons previously convicted of one
    d. Or more criminal offenses prohibited.
    e. 753 Factors to be considered concerning a previous criminal
    f. Conviction; presumption.
    g. **754. Written statement.**
    h. 755 Enforcement.
3. Items that NYS Employers must consider when hiring or firing someone with convictions:

---

[1] This format applied to the decision making for my retro money to, but the doe cited that I was arrested and detained as the reason they were depriving me

4. NYS Labor Law 195.05—Mr. Caldwell provided Ms. Price with a leave for that same reason that he denied me.
5. Both 3 and 4 are mandatory subjects of negotiation under the Taylor Law
6. I have ASUSAs who have told me that what the UFT and DOE did to me is retaliatory and colorable under Obstruction of Justice.
7. The UFT and DOE took monetary retaliation for exposing them and I have AUSAs saying what they done, if true, are crimes, which I am sending to the head of EDNY and SDNY—in the hopes that they deny me, as they were recommended to their position by Sen. Schumer, like all the other judges that I had
8. I emailed Sen. Schumer with plan of getting everyone on the stand
9. I have an automate email from Sen. Schumer's account
10. Mr. Baranello (DOE FOIL head) had the certified return receipts DOJ, and various members of congress and their committees
11. Once they deny me, I hope to file another compliant with the ethic committee—I know, it is discretion, but not when it is influenced and paid for by Randi Weingarten because I do have audio recording of AUSAs
12. I request, you must per NYS laws, provide me an answer as to why the city denied me retro money
13. Ms. Cook is a nice lady and I prefer that I do not have to audio record her—it would be easier if it were you or someone that I do not know
14. Ms. Cook, unlike you or any lawyer, does not have knowledge required to make proper decisions under the law and DOE legal….I rather not say because I plan on calling them as witnesses
15. My appeal should win my appeal because my claims are structural errors and require automatic reversal, but Randi has fixed it.
16. Ms. Cook is not prepared for November 19, 2021, as the DOE did not obtain 40 documents that are under steal
17. I did not plead guilty to anything, and transcripts have been altered, another reason that I complained to congress, and I can prove that the transcripts have omissions because I have audio recordings, which Mr. Baranello has one
18. I have injunction depending in federal court, but I believe a decision will occur prior to November 19, 2021 and a decision will be rendered by the DOE prior the court dealing with my motion
19. The DOE and the UFT are the case for what Ms. Cook wants to meet with me