AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Susan Edelman - NY Post

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/29/22

*Server's signature*

Gino Celli
*Printed name and title*

100 Wild Mae Rd
Wappinger Falls NY 12590
*Server's address*

Additional information regarding attempted service, etc:



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Lucio Celli

*Plaintiff(s)*

v.

Randi Weingarten et. al

*Defendant(s)*

Civil Action No. 22-cv-02354

RECEIVED
APR 01 2022
U.S.D.C.
W.P.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Susan Edelman
NY Post
1211 Ave of America
10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lucio Celli
89 Widmer Road
Wappingers Falls, NY 12590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/23/2022

*Signature of Clerk or Deputy Clerk*

Gi[...]
10[...]
W[...]

Case 7:22-cv-02354-CS   Document 21   Filed 04/01/22   Page 3 of 3

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7021 2720 0003 3672 9807



U.S. POSTAGE PAID
FCM LG ENV
POUGHQUAG, NY
12570
MAR 30, 22
AMOUNT
**$8.76**
R2305K139682-04



Pro Se Clerk's Office
300 Quarropas St
White Plains, NY 10601-4150